# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2206
Lower Tribunal No. 2024DR-006165

_____

KAREN GONZALEZ,

Appellant,

v.

JASI KARINE ROMERO GONZALEZ,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Melissa Gravitt, Judge.

August 8, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and SMITH and MIZE, JJ., concur.


Karen Gonzalez, Pembroke Pines, pro se.

Jasi Karine Romero Gonzalez, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED